UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE IMMIGRANT AND REFUGEE
RIGHTS PROJECT, CENTER FOR
CONSTITUTIONAL
RIGHTS, and L.B.,

         *Plaintiffs,*

   v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
UNITED STATES CUSTOMS AND BORDER
PROTECTION; UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT, and UNITED STATES
DEPARTMENT OF HOMELAND SECURITY

         *Defendants.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2024

Civil Action No.: 1:24-cv-06740-SDA

**ORDER GRANTING MOTION
FOR LEAVE TO FILE
UNDER PSEUDONYM**

Pending before the Court is Plaintiff's Motion for Leave to File Under Pseudonym. (ECF No. 27.) After reviewing the Motion, and for good cause appearing, the Motion is GRANTED.

**SO ORDERED.**

Dated: October 18, 2024

_____
Honorable Stewart D. Aaron
United States Magistrate Judge