USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, et al., | |
| Plaintiffs, | 1:24-cv-06740 (SDA) |
| -against- | ORDER |
| U.S. Department of Health and Human Services, et al., | |
| Defendants. | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. The next status report from the parties shall be filed on May 16, 2025.

2. The Government shall make diligent efforts, prior to May 14, 2025, to propose to Plaintiffs the number of HHS documents to be processed on a monthly basis. If the Government makes such a proposal, the parties thereafter shall meet and confer regarding the proposed processing rate to determine whether the parties are able to agree on the rate.

3. If the Government has proposed an HHS processing rate, in the May 16, 2025 status report, the parties shall set forth the agreed-upon processing rate or, if the parties are unable to agree, the parties' respective positions. If the Government has not proposed an HHS processing rate, it shall set forth in detail in the May 16, 2025 status report the efforts made to make such a proposal and the reasons why a proposal could not be made.

**SO ORDERED.**

Dated: New York, New York
April 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge