```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Florence Immigrant and Refugee Rights Project, et al.,

                              **Plaintiffs,**

-against-

U.S. Department of Health and Human Services, et al.,

                              **Defendants.**

1:24-cv-06740 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference yesterday with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. No later than June 11, 2025, Defendants shall file the following documents:

    a. A letter brief and declaration addressing the processing schedule for the records of United States Customs and Border Protection ("CBP"), setting forth CBP's proposal for such schedule; and

    b. A letter brief and declaration addressing the processing schedule for the records of United States Department of Health and Human Services ("HHS"), setting forth HHS's proposal for such schedule. The letter brief on behalf of HHS also shall address the legality of using a reduction in force (including terminations and/or placements on administrative leave) as a basis for delaying the processing and production of records pursuant to valid Freedom of Information Act requests.

2. No later than June 18, 2025, Plaintiffs shall file a letter brief in response.

**SO ORDERED.**

Dated:     New York, New York
            May 28, 2025

_____
STEWART D. AARON
United States Magistrate Judge