

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 9, 2025

**By ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

 Re: *Florence Immigrant and Refugee Rights Project, et al. v. United States Department of Health and Human Services, et al.*, No. 24 Civ. 6740 (SDA)

Dear Judge Aaron:

This Office represents Defendants United States Department of Health and Human Services ("HHS"), United States Customs and Border Protection ("CBP"), United States Immigration and Customs Enforcement ("ICE"), and United States Department of Homeland Security ("DHS," and together with HHS, CBP, and ICE, the "Government") in the above-named Freedom of Information Act ("FOIA") action, in which Plaintiffs seek records concerning the use of dental and bone radiographs for the determination of ages of people in the custody of DHS, CBP, ICE, or HHS's Office of Refugee Resettlement ("ORR"). The Government writes respectfully, and with consent of Plaintiffs Florence Immigrant and Refugee Rights Project, the Center for Constitutional Rights, and L.B. (together, "Plaintiffs"), to request that the deadlines set forth in the Court's May 28, 2025, Order, Dkt. No. 43, be adjourned in light of an agreement reached by the parties, the details of which are set forth below. The parties also write jointly to provide status updates as to DHS and ICE.

The parties have agreed that CBP will process 500 pages per month, beginning this month, prioritizing the Form I-213s. CBP will make a production of any responsive, non-exempt records by June 30, 2025, with monthly productions to occur on or before the 30th of each month thereafter. Plaintiffs have agreed to review the next few productions from CBP to assess whether there is a possibility of narrowing the FOIA request and/or crafting targeted searches to locate responsive documents.

The parties have further agreed that HHS will process the first 1,000 pages of the remaining medical age assessments by June 30, 2025, producing any responsive, non-exempt records by that date. HHS will process the remainder of the approximately 2,000 pages of previously identified medical age assessments, and make another production of responsive, non-exempt records, by July 31, 2025. With each month's release, HHS will inform Plaintiffs as to the number of pages, if any, sent to other agencies or components for consultation. The parties are also conferring about any additional, potentially responsive records that HHS may have.

Finally, the parties provide the following updates as to ICE and DHS:

- **ICE:** To date, ICE has made eight productions of responsive, non-exempt records. The parties anticipate that Plaintiffs' review of these and future productions will inform discussions regarding possible further narrowing of Plaintiffs' FOIA request.

- **DHS:** DHS's Privacy Office preliminarily identified 15,711 pages of potentially responsive records. From that set and with agreement from Plaintiffs, DHS processed 91 pages of potentially responsive e-mails. On January 15, 2025, DHS produced 25 pages of responsive, non-exempt portions thereof; the remaining 66 pages were sent to two other agencies for consultation. On February 20, 2025, DHS produced non-exempt portions of those 66 pages. Plaintiffs reviewed the productions and requested that DHS process the remainder of the records. DHS has now processed the remainder of those records. On May 15, 2025, DHS released 478 pages. Another 245 pages were sent to three other agencies for consultation and 14,897 pages were duplicative or non-responsive. Two of those three agencies have returned the records to DHS. DHS is now processing those records and intends to make a production of responsive, non-exempt portions thereof on or before June 30, 2025.

  As noted in the parties' prior correspondence, DHS's Office of the Inspector General does not have any documents responsive to the FOIA request. Additionally, on March 7, 2025, DHS's Office for Civil Rights and Civil Liberties produced six pages of responsive, non-exempt records.

The parties thank the Court for its consideration of this letter and will file their next joint status report by July 16, 2025.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Jessica F. Rosenbaum*
       ALYSSA B. O'GALLAGHER
       JESSICA F. ROSENBAUM
       Assistant United States Attorneys
       Tel.:   (212) 637-2822/2777
       Email: Alyssa.O'Gallagher@usdoj.gov
              Jessica.Rosenbaum@usdoj.gov

2