**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Florence Immigrant and Refugee Rights Project, et al.,**<br><br>              **Plaintiffs,**<br><br>     **-against-**<br><br>**U.S. Department of Health and Human Services, et al.,**<br><br>              **Defendants.** | **1:24-cv-06740 (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiffs' Letter Motion for a Conference, dated March 3, 2026 (ECF No. 54), and construes it as a Letter Motion for a Production Order. The Court does not require a formal motion. Accordingly, it is hereby ORDERED that Defendants shall respond within one week, by Wednesday, March 11, 2026, and Plaintiffs shall reply by Monday, March 16, 2026.

**SO ORDERED.**

Dated:   New York, New York
          January 23, 2026

_____
STEWART D. AARON
United States Magistrate Judge