**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FLORENCE IMMIGRANT AND REFUGEE
RIGHTS PROJECT, *et al.*,

     *Plaintiffs*,

     v.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, *et al.*,

     *Defendants*.

No. 24-cv-6740 (SDA)

## DECLARATION OF WILLIAM H. HOLZERLAND

I, William H. Holzerland, declare the following to be true and correct:

1.     I am the Deputy Agency Chief Freedom of Information Act ("FOIA") Officer, Office of the Assistant Secretary for Public Affairs, Office of the Secretary ("OS"), U.S. Department of Health and Human Services ("HHS" or the "Department"). In this capacity, I am responsible for providing agency-wide policy direction and guidance on disclosure matters, including supervising the handling of all FOIA matters and litigations received by the Office of the Secretary FOIA Program ("OS-FOIA"). I have held this position since March 26, 2023.

2.     I am a career member of the Senior Executive Service with over two decades of government experience primarily focused on FOIA and privacy. In this role, I oversee departmental initiatives to ensure efficient and appropriate FOIA compliance, monitor implementation of the FOIA throughout the Department, and keep the Secretary, the Deputy Secretary, the General Counsel, and the Attorney General appropriately informed of the Department's performance in implementing FOIA requirements. I serve as the Department's appellate authority for disclosure appeals, save for those involving the Centers for Medicare and

Medicaid Services ("CMS"), the U.S. Food and Drug Administration ("FDA"), and HHS's

Office of Inspector General ("OIG").

3.     I held a senior transparency role with the U.S. Department of the Interior from

2020 until 2023. Before that, I served as Senior Director, Information Management, for the

Federal Emergency Management Agency from 2016 until 2020; in that role, I was the agency's

Chief Disclosure Officer, Chief Privacy Officer, and Chief Records Officer.

4.     The statements contained in this declaration are based upon my personal

knowledge, upon information provided to me in my official capacity as the Deputy Agency Chief

FOIA Officer, and upon conclusions I reached based on that knowledge or information.

5.     The purpose of this declaration is to address the Department's ability to process

and produce records potentially responsive to Plaintiffs' FOIA request at the rate Plaintiffs are

seeking through motion practice (i.e., 3,000 pages processed or 1,000 pages produced monthly),

Dkt. No. 54.

**THE OS-FOIA OFFICE WORKLOAD**

6.     The OS-FOIA Office currently has five staff members responsible for managing

responses to FOIA requests, appeals, and litigation.  The OS-FOIA Office is in the process of

modernizing its FOIA operations using new technology, and anticipates that when this process is

complete, it will be able to handle a higher workload more quickly and at a lower cost than

before. Specifically, although two FOIA support contracts expired in the spring 2025, the

Department is implementing a pilot program designed to incorporate artificial intelligence ("AI")

tools into the initial review of FOIA-responsive records as part of its broader modernization

initiative. The pilot, which incorporates AI with human-in-the-loop review, was negatively

impacted by the forty-three-day lapse in funding from October 1 through November 12, 2025, as

FOIA and IT personnel essential to the pilot were furloughed, and contractor activity was halted due to the lapse in appropriations. While the furlough impacted inter-office coordination necessary to commencing the pilot - including those related to cybersecurity, privacy, personnel security, and legal reviews - those issues have since been resolved.  The Department has onboarded contract support staff to commence the pilot and complete backlogged work.

7.      To support these modernization efforts, the Department approved the OS-FOIA Office to hire ten (10) additional staff members in the fall of 2025.  While those efforts were also halted due to the lapse in appropriations during the October-November shutdown, the first job announcement to fill these positions was recently posted on March 11, 2026.

8.      The OS-FOIA Office has also experienced a significant increase in workload. On or around April 1, 2025, the Department and its affiliated agencies commenced a restructuring that significantly changed the Department's workforce and started the process of restructuring the organization. As it relates to the Department's FOIA operations, an objective of the restructuring is to streamline and modernize the administration of the FOIA program by reducing duplication and administrative inefficiencies associated with maintaining multiple separate FOIA offices across the Department. Consistent with applicable statutory and regulatory authority, this effort is intended to enhance coordination, strengthen oversight, and improve the overall efficiency and consistency of FOIA processing.  During the transition period, however, the implementation of these structural changes has required the reallocation of personnel and operational adjustments that have temporarily affected processing workflows, including within the OS-FOIA Office.

9.      As of the date of this declaration, the OS-FOIA Office is managing approximately 11,493 pending FOIA requests, approximately 700 pending FOIA appeals, and over 327 pending FOIA consultations.

10.      The OS-FOIA Office also maintains a docket of approximately 117 FOIA litigations.  Many of these litigations are at a stage where the OS-FOIA Office is actively processing records, resulting in an average of 9,000-10,000 pages per month processed in response to litigation. Given the number of available staff, completing the processing of Plaintiffs' FOIA requests at the rate that Plaintiffs suggest - which would devote 30% of all OS-FOIA processing capacity to a single litigation - would almost certainly render the OS-FOIA Office unable to timely meet its obligations to FOIA plaintiffs in other cases.

11.      In addition to litigation priorities and processing expedited requests, the Department continues to have recurring short-term legal obligations pursuant to FOIA. These include, but are not limited to, timely acknowledging incoming requests, adjudicating requests for expedited processing appeals, and processing consultations on records sent to the Department from other agencies.  Furthermore, an incoming FOIA consultation request frequently relates to FOIA litigations where an outside agency is a named defendant, which therefore may have litigation deadlines requiring short-term if not immediate attention from the Department.

12.      In order to meet its obligations for all cases in litigation, and to ensure that all of the FOIA matters progress so that each requester can receive a response, the OS-FOIA Office typically cannot process more than 500 pages per month for each litigation case.

13.      In this case, the OS-FOIA Office can process 500 pages every month. The records here contain a significant amount of personally identifiable information, including the names and identifying details of unaccompanied alien children and their family members, ICE officers,

ORR staff, and case managers for unaccompanied alien children; protecting this information results in additional review time.  A processing rate of 500 pages per month will provide Plaintiffs with requested responsive records while still allowing the OS-FOIA Office staff to continue to work on other FOIA requests that have been awaiting a response - including requests submitted before Plaintiffs' request and requests from those who have not brought litigation - as well as meet other litigation and non-litigation deadlines.

## PROGRESS ON THE INSTANT CASE

14.    The OS-FOIA Office has conducted searches in response to Plaintiffs' FOIA request, made several productions, and continues to search for and process records. HHS has agreed to process 500 pages per month for the remainder of the records and anticipates making its next production on or before March 31, 2026.

15.    If additional resources become available in the OS-FOIA Office, either through the diminution of other FOIA commitments or through the hiring and training of additional FOIA specialists, or if greater processing resources become available through the AI initiative or otherwise, I believe that the OS-FOIA Office may be in a position in the future to process additional records and make more voluminous interim releases to Plaintiffs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing to be true and

correct, to the best of my knowledge, information and belief.

Executed this 11th day of March 2026.


WILLIAM H. HOLZERLAND


Deputy Agency Chief FOIA Officer
Office of the Assistant Secretary for Public Affairs
U.S. Department of Health and Human Services