**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Florence Immigrant and Refugee Rights Project, et al.,** | |
| **Plaintiffs,** | **1:24-cv-06740 (SDA)** |
| **-against-** | **ORDER** |
| **U.S. Department of Health and Human Services, et al.,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Monday, March 23, 2026, at 3:00 p.m. to address the Letter Motion at ECF No. 54. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:     New York, New York
           March 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge