**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **Florence Immigrant and Refugee Rights Project, et al.,**<br><br>                                        **Plaintiffs,**<br><br>          **-against-**<br><br> **U.S. Department of Health and Human Services, et al.,**<br><br>                                        **Defendants.** |

**1:24-cv-06740 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiffs and counsel for Defendants appeared. For the reasons stated on the record during today's telephone conference, it is hereby ORDERED, as follows:

1.  Commencing on Wednesday, April 1, 2026, HHS shall process 750 pages per month.

2.  Promptly, but no later than Monday, April 13, 2026, the parties shall meet and confer to seek to narrow the HHS-related requests. If the parties cannot agree, then no later than Wednesday, April 15, 2026, the parties may submit a joint letter to the Court with their respective positions so that the Court can decide whether and how to narrow the requests.

3.  No later than Monday, March 30, 2026, the Government shall file a declaration to the ECF docket regarding the current FOIA-related operations at ICE and CBP. If operations are continuing, then the declaration shall contain information similar to that provided in the Holzerland declaration ("Holzerland decl.", ECF No. 58, Ex. 1) related to HHS.

4. On Friday, May 29, 2026, the Government shall file a letter updating the Court on the status of implementation of its artificial intelligence tools (*see* Holzerland decl. ¶ 6) and its efforts to hire additional FOIA staff (*see* Holzerland decl. ¶ 7).

**SO ORDERED.**

Dated:      New York, New York
            March 23, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2