

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

April 15, 2026

**By ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Florence Immigrant and Refugee Rights Project, et al. v. United States Department of Health and Human Services, et al.*, No. 24 Civ. 6740 (SDA)

Dear Judge Aaron:

We write regarding the above-styled Freedom of Information Act ("FOIA") action, in which Plaintiffs Florence Immigrant and Refugee Rights Project, the Center for Constitutional Rights, and L.B. (together, "Plaintiffs") seek records concerning the use of dental and bone radiographs for the determination of ages of people in the custody of DHS, CBP, ICE, or HHS's Office of Refugee Resettlement.

In response to the Court's March 23, 2026 Order, Doc. 63, Plaintiffs write jointly with the Government to provide the following status updates regarding the Parties efforts to confer and narrow the HHS-related requests.

The Parties have not yet reached an agreement on narrowing all of the HHS-related requests but are continuing to confer and are optimistic that an agreement can be reached without the need for Court intervention. Specifically, as stated in the Parties' April 8, 2026 Joint Status Report, the Parties have reached an agreement on the categories of paper records that will be processed by HHS. The Parties have not yet reached an agreement as to the large universe of potentially responsive electronic communications. Plaintiffs have requested data regarding those electronic communications, such as hit counts by custodian and search term, to inform the narrowing process and are awaiting a response from HHS.

The Parties respectfully request to provide a further update on HHS negotiations in their next Joint Status Report, currently due on May 8, 2026.

Respectfully,

/s/ C.J. Sandley
C.J. Sandley
Senior Staff Attorney

1

Center for Constitutional Rights
P.O. Box 486
Birmingham, AL 35201
(212) 614-6443