

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 8, 2026

**By ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

>  Re:  *Florence Immigrant and Refugee Rights Project, et al. v. United States Department of Health and Human Services, et al.*, No. 24 Civ. 6740 (SDA)

Dear Judge Aaron:

This Office represents Defendants United States Department of Health and Human Services ("HHS"), United States Customs and Border Protection ("CBP"), United States Immigration and Customs Enforcement ("ICE"), and United States Department of Homeland Security ("DHS," and together with HHS, CBP, and ICE, the "Government") in the above-named Freedom of Information Act ("FOIA") action, in which Plaintiffs Florence Immigrant and Refugee Rights Project, the Center for Constitutional Rights, and L.B. (together, "Plaintiffs") seek records concerning the use of dental and bone radiographs for the determination of ages of people in the custody of DHS, CBP, ICE, or HHS's Office of Refugee Resettlement.

The Government writes jointly with Plaintiffs to provide the following status updates:

> **HHS:** In March 2026, HHS processed 523 pages of potentially responsive records. On March 31, 2026, HHS produced 506 of those pages to Plaintiffs with redactions and sent the remaining 17 pages to another agency for consultation. In April 2026, HHS reviewed 759 pages; 753 of those pages were produced to Plaintiffs with partial redactions on April 30, 2026, and the remaining six pages were sent to another federal agency for consultation. In accordance with this Court's Order dated March 23, 2026, Dkt. No. 63, HHS continues to process 750 pages of potentially responsive records per month.
>
> The parties have also worked together to narrow the FOIA request. As to the warehouse searches for hardcopy documents, Plaintiffs and HHS have agreed on a limited set of records to be processed. As to electronic communications, HHS was able to conduct searches to eliminate non-responsive communications, yielding a total of 524 pages of potentially responsive communications between HHS and two dentists, Dr. David Senn and Dr. Peter Arvanitis. The parties have agreed that those communications will be processed after the warehouse/hardcopy records have been processed.

**CBP:** CBP previously completed its responses regarding (i) Forms I-213 from June to August 2025 and February 2026, and (ii) communications between CBP and Drs. David Senn and Peter Arvanitis between September 2025 and January 2026.

Having resolved outstanding issues related to the searches of I-213s and for communications between CBP and Drs. David Senn and Peter Arvanitis, CBP conducted additional communications searches in late February 2026 to search for documents responsive to part six of Plaintiffs' FOIA request.  The parties are negotiating the scope of those searches, after which CBP will process 500 pages per month absent a Court order requiring it to process at a higher rate. Plaintiffs' letter motion seeking a processing or production order as to CBP is fully briefed and remains pending.  *See* Dkt. Nos. 54, 70–71.

**ICE:** To date, ICE has made eight productions of responsive, non-exempt records, and has completed all productions of pending records identified in previous searches. On November 24, 2025, Plaintiffs requested that ICE conduct three additional searches and produce any resulting records according to a proposed schedule. On February 13, 2026, ICE agreed to conduct two of the three searches and is considering the request as to the third search.  The parties have agreed that ICE will process records at a rate of 750 pages per month going forward.

**DHS:** DHS's Privacy Office issued responses between January and June 2025, and at this time has finished processing and producing responsive records.

As noted in the parties' prior correspondence, DHS's Office of the Inspector General determined it does not have any documents responsive to the FOIA request. Additionally, on March 7, 2025, DHS's Office for Civil Rights and Civil Liberties ("CRCL") produced six pages of responsive, non-exempt records. On November 24, 2025, Plaintiffs requested certain additional information from CRCL. On February 3, 2026, the Government informed Plaintiffs that DHS/CRCL had located 7,523 pages of potentially responsive records, and an additional 345 pages that are password-protected and the agency is still trying to access. On February 13, 2026, CRCL produced 1,044 pages of records to Plaintiffs, 878 of which were released in full and 166 in part. While DHS's FOIA operations were affected by the recent partial government shutdown, DHS reviewed 1,614 pages of potentially responsive records and released 50 pages from that set in part or in full on April 13, 2026; 1,088 of the 1,614 pages were duplicates, three pages were withheld in full, 75 pages were non-responsive, and the remaining 398 were sent to another agency for consultation. DHS will continue to make monthly productions to Plaintiffs.

The parties thank the Court for its consideration of this letter and will file their next joint status report by June 8, 2026.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Alyssa B. O'Gallagher*
ALYSSA B. O'GALLAGHER
JESSICA F. ROSENBAUM
Assistant United States Attorneys
Tel.:   (212) 637-2822/2777
Email: Alyssa.O'Gallagher@usdoj.gov
          Jessica.Rosenbaum@usdoj.gov

3