**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, et al.,<br><br>                               Plaintiffs,<br><br>          -against-<br><br>U.S. Department of Health and Human Services, et al.,<br><br>                               Defendants. | |

                    **1:24-cv-06740 (SDA)**

                    <u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

In this case brought under the Freedom of Information Act ("FOIA"), pending before the Court is Plaintiffs' letter motion seeking a processing or production order as to United States Customs and Border Protection ("CBP"). (*See* Pl.'s 3/3/26 Ltr. Mot., ECF No. 54.) CBP currently is processing responsive records at a rate of 500 pages per month. (*See* 5/8/26 Status Rpt., ECF No. 72.) In their motion, Plaintiffs seek a scheduling order requiring CBP to produce at least 1,000 pages of responsive records, or, in the alternative, process at least 3,000 pages each month. (*See id.* at 1.)

"[A] court has 'broad discretion to determine a reasonable processing rate for a FOIA request.'" *New York Times Co. v. Dep't of Def.*, No. 19-CV-09821 (VSB), 2022 WL 1547989, at *1 (S.D.N.Y. Apr. 21, 2022) (quoting *Colbert v. Fed. Bureau of Investigation*, No. 16-CV-01790 (DLF), 2018 WL 6299966, at *3 (D.D.C. Sept. 3, 2018)). "To determine whether a particular processing rate is practicable for an agency, courts consider, for example, evidence of the agency's resource constraints, obligations to other FOIA requests, whether the request implicates sensitive or confidential materials, and whether there is evidence that the agency is not representing its

capacity in good faith." *Id*. (cleaned up). "While affidavits submitted by government agencies in FOIA litigation are accorded a presumption of good faith, . . . courts have rejected the notion that the decision of practicability is to be determined solely by the agency." *Id*. (cleaned up). "Instead, courts have the authority, and perhaps the obligation, to scrutinize closely agency delay." *Id*. (cleaned up).

Having carefully considered the parties' submissions (*i.e.*, ECF Nos. 54, 70-71), the Court, in its discretion, finds that an increased processing rate of 750 pages per month is appropriate here. This processing rate, in the Court's view, appropriately balances agency constraints with FOIA's aim to provide timely information on government activities to the public.

Accordingly, it is hereby ORDERED that, commencing on June 1, 2026, CBP shall process 750 pages per month.

**SO ORDERED.**

Dated:    New York, New York
          May 9, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2