

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 8, 2026

**By ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *Florence Immigrant and Refugee Rights Project, et al. v. United States Department of Health and Human Services, et al.*, No. 24 Civ. 6740 (SDA)

Dear Judge Aaron:

This Office represents Defendants United States Department of Health and Human Services ("HHS"), United States Customs and Border Protection ("CBP"), United States Immigration and Customs Enforcement ("ICE"), and United States Department of Homeland Security ("DHS," and together with HHS, CBP, and ICE, the "Government") in the above-named Freedom of Information Act ("FOIA") action, in which Plaintiffs Florence Immigrant and Refugee Rights Project, the Center for Constitutional Rights, and L.B. (together, "Plaintiffs") seek records concerning the use of dental and bone radiographs for the determination of ages of people in the custody of DHS, CBP, ICE, or HHS's Office of Refugee Resettlement ("ORR").

The Government writes jointly with Plaintiffs to provide the following status updates:

**HHS:**  In accordance with this Court's Order dated March 23, 2026, Dkt. No. 63, HHS continued to process 750 pages of potentially responsive records per month. HHS's latest production was made on June 30, 2026; at that time, HHS produced 758 pages with partial redactions to Plaintiffs. On June 22, 2026, in light of HHS's June 10, 2026, updates about FOIA staff hiring and use of AI tools for FOIA review, Dkt. No. 75, and the overall length of this litigation to date, Plaintiffs asked if HHS would be amenable to increasing its monthly processing rate to 1,250 pages per month. On June 25, HHS agreed that for the approximately 16,276 pages of records already provided to the FOIA Office, the agency would begin processing 1,000 pages per month beginning in July. As to the remaining warehouse records, however, because of the additional steps required to process them—i.e., retrieving and scanning records from the warehouse, identifying and extracting responsive pages from case files, and processing certain records that require translation—HHS informed Plaintiffs that it could not at this time commit to a higher processing rate. On July 1, Plaintiffs requested that HHS increase its processing rate for the non-warehouse records to 1,250 pages per month (instead of 1,000 per month). HHS is considering Plaintiffs' proposal.

**CBP:** CBP previously completed its responses regarding (i) Forms I-213 from June to August 2025 and February 2026, and (ii) communications between CBP and Drs. David Senn and Peter Arvanitis between September 2025 and January 2026.

Having resolved outstanding issues related to the searches of I-213s and for communications between CBP and Drs. Senn and Arvanitis, CBP conducted two additional communications searches in late February 2026 to search for documents responsive to part six of Plaintiffs' FOIA request. In May 2026, CBP began processing the results of the first additional communications search. The second additional communications search produced voluminous results; Plaintiffs made a proposal to narrow this search, and CBP accepted it. CBP is now working to determine whether the results of this narrowed search can be further narrowed. Per the Court's order dated May 9, 2026, *see* Dkt. No. 73, CBP began processing 750 pages per month beginning in June. To that end, CBP reviewed 720 documents (approximately 7,000 pages) from the first additional communications search and on June 30, 2026, informed Plaintiffs that it had determined that all of those pages were non-responsive.

**ICE:** To date, ICE has made nine productions of responsive, non-exempt records, and has completed all productions of pending records identified in previous searches. On November 24, 2025, Plaintiffs requested that ICE conduct three additional searches. ICE agreed to conduct these searches and to process records at a rate of 750 pages per month upon completion of the searches. It has not yet completed these searches but made a first production of a spreadsheet responsive to the first and third of these searches on June 23, 2026.

**DHS:** DHS's Privacy Office issued responses between January and June 2025, and at this time has finished processing and producing responsive records.

As noted in the parties' prior correspondence, DHS's Office of the Inspector General determined it does not have any documents responsive to the FOIA request. Additionally, on March 7, 2025, DHS's Office for Civil Rights and Civil Liberties ("CRCL") produced six pages of responsive, non-exempt records. On November 24, 2025, Plaintiffs requested certain additional information from CRCL. On February 3, 2026, the Government informed Plaintiffs that DHS/CRCL had located 7,523 pages of potentially responsive records, and an additional 345 pages that are password-protected, which the agency is still trying to access. Since February 2026, CRCL has been making monthly productions to Plaintiffs.

The parties thank the Court for its consideration of this letter and will file their next joint status report by August 7, 2026.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorneys
Tel.:    (212) 637-2777
Email: Jessica.Rosenbaum@usdoj.gov